UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
NEHEMIAH BELLAMY,

                            Plaintiff,

                                          MEMORANDUM AND ORDER
            -against-                     12-CV-1432(JS)(AKT)

SEAN HANLEY, #5740, OFFICER REESE,
#6030 and DETECTIVE GUIDO R.
CIRENZA, #1381- Suffolk County
Police Officers, 1st Precinct,

                            Defendants.
----------------------------------------X
APPEARANCES:
For Plaintiff:       Nehemiah Bellamy, Pro Se
                     #12-A-0179
                     Sing Sing Correctional Facility
                     354 Hunter Street
                     Ossining, NY 10562

For Defendants:      No appearance

SEYBERT, District Judge:

         Presently pending before the Court is the pro se

Complaint brought by incarcerated pro se plaintiff Nehemiah Bellamy

("Plaintiff") pursuant to 42 U.S.C. § 1983 ("Section 1983"),

accompanied by an application to proceed in forma pauperis.  Upon

review of the declaration in support of the application to proceed

in forma pauperis, the Court determines that the Plaintiff's

financial status qualifies him to commence this action without

prepayment of the $350.00 filing fee.  See 28 U.S.C. §§ 1914(a);

1915(a)(1).  Therefore, Plaintiff's request to proceed in forma

pauperis is GRANTED.

         Having reviewed the pro se Complaint, the undersigned

declines to conclude at this stage that the within action is

frivolous or malicious within the meaning of 28 U.S.C. § 1915.

While it may be that Plaintiff is unable to prevail on his claim, the Court's uncertainty does not justify dismissal at this early juncture. <u>McEachin v. McGuinnis</u>, 357 F.3d 197, 200 (2d Cir. 2004). Accordingly, the application to proceed <u>in</u> <u>forma</u> <u>pauperis</u> is GRANTED and the Court orders service of the Complaint without prepayment of the filing fee.

The Clerk of the Court is directed to forward to the United States Marshal for the Eastern District of New York copies of Plaintiff's Summons, Complaint, and this Order for service upon the Defendant without prepayment of fees. Furthermore, the Clerk is directed to mail a copy of this Order to the Plaintiff.

SO ORDERED.

/s/ JOANNA SEYBERT
JOANNA SEYBERT, U.S.D.J.

Dated: April __26__, 2012
       Central Islip, New York